UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, N.A., et al.

In Re:

 Antonio Velez,

 Debtor.

Case No.: _____22-12454-MBK_____

Chapter: _____13_____

Hearing Date: _____6/8/2022_____

Judge: _____Kaplan_____

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 17) _____

_____

Date: _6/3/2022_____

/s/ Denise Carlon_____
Signature

*rev.8/1/15*