Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  22−12454−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Antonio Velez
    aka Anthony Velez, Jr., aka Tony Velez,
    aka Tony Velez, Jr.
    22 Cannonball Dr
    Barnegat, NJ 08005−1866

Social Security No.:
    xxx−xx−0828

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 13, 2022.

Dated: June 13, 2022
JAN: ghm

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-12454-MBK
Antonio Velez  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Jun 13, 2022 | Form ID: plncf13 | Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Antonio Velez, 22 Cannonball Dr, Barnegat, NJ 08005-1866 |
| 519541391 | Coyle Connolley, DO, PO Box 140065, Nashville, TN 37214-0065 |
| 519541398 | Selportsvc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 519541399 | US Bank Cust/TLCF 2012A, LLC, 50th South 16th Street, Suite 1950, Philadelphia, PA 19102-2513 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 13 2022 20:43:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 519548623 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2022 20:46:50 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519541390 | | Email/Text: bankruptcy@usecapital.com | Jun 13 2022 20:43:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 519541393 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2022 20:43:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519541394 | | Email/Text: signed.order@pfwattorneys.com | Jun 13 2022 20:43:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519541396 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2022 20:43:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519541395 | | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2022 20:43:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519550594 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 13 2022 20:43:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519541397 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2022 20:43:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519581620 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2022 20:43:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519541392 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Antonio Velez bkclient@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4