UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, et al.

In Re:

Antonio Velez,

Debtor.

Case No.:     22-12454-MBK

Chapter:          13

Hearing Date:     8/24/2022

Judge:          Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 22 Cannonball Drive (Docket # 31)

_____

Date: 8/17/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*