| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 | Case No: 22-12454 MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |
| In re:<br>Antonio Velez aka Anthony Velez,, Jr. aka Tony Velez aka Tony Velez, Jr.<br><br>Debtor | |

### CREDITOR'S CERTIFICATION OF DEFAULT

_____Shinneka Nakai_____ certifies as follows:

1. I am a ___Doc. Control Officer___ for ___Select Portfolio Servicing, Inc.___, a secured creditor of the debtor.

2. On September 02, 2022, an Order was entered, a copy of which is attached as Exhibit A, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the order:

   ■ By missing payments and/or by failing to make the correct payments as summarized on the Certification of Creditor Regarding Post Petition Payment History attached hereto as Exhibit B.

☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: 12/14/2022

/s/ _____
Secured Creditor
Shinneka Nakai
Doc. Control Officer
Select Portfolio Servicing, Inc.
12/14/2022