# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
U.S. Bank National Association, as trustee, in trust for
registered holders of First Franklin Mortgage Loan
Trust, Mortgage Loan Asset-Backed Certificates,
Series 2006-FF18

CASE NO. 22-12454 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Antonio Velez aka Anthony Velez,, Jr. aka Tony
Velez aka Tony Velez,, Jr.

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 10/26/2006

I,   **Shinneka Nakal** employed as _____Doc. Control Officer_____ by Select Portfolio Servicing Inc., for U.S.
Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan
Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18, hereby certifies the following
information:

Recorded on November 6, 2006 in Ocean County, in Instrument Number 2006175701.
Property Address: 22 Cannonball Dr, Barnegat NJ 08005.

Mortgage Holder: U.S. Bank National Association, as trustee, in trust for registered holders of First

Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18

Mortgagor(s)/ Debtor(s): Antonio Velez aka Anthony Velez,, Jr. aka Tony Velez aka Tony Velez,, Jr.

POST-PETITION PAYMENTS (Petition filed on March 28, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 09/02/2022 | | | | | - |
| $1,000.00 AO Lump Sum | 09/02/2022 | N/A | $0.00 | N/A | - |
| $1,952.76 | 09/01/2022 | N/A | $0.00 | N/A | - |
| $1,952.76 | 10/01/2022 | N/A | $0.00 | N/A | - |
| $1,952.76 | 11/01/2022 | N/A | $0.00 | N/A | - |
| **Total Due: $6,858.28** | | **Total Received: $0.00** | | **Arrears: $6,858.28** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,952.76
Agreed Order payments past due: 1 X $1,000.00
Arrears: $6,858.28

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal & Interest: | $1,146.09 |
| R.E. Taxes: | $ — |
| Insurance: | $ — |
| Other: | $806.67 (Specify: Escrow) |
| TOTAL | $1,952.76 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

PRE-PETITION ARREARS: $124,190.22

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 14, December 2022

Signature

**Shinneka Nakal**
Doc. Control Officer
Select Portfolio Servicing, Inc.

12/14/2022