Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22−12454−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s)) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Velez
   aka Anthony Velez, Jr., aka Tony Velez,
   aka Tony Velez, Jr.
   22 Cannonball Dr
   Barnegat, NJ 08005−1866

Social Security No.:
   xxx−xx−0828

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/8/23 at 09:00 AM

to consider and act upon the following:

**44** − Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: re: 22 Cannonball Drive, Barnegat, NJ, 08005. Fee Amount $ 188. filed by Creditor U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset−Backed Certificates, Series 2006−FF18, Motion for Relief from Co−Debtor Stay of Angelica Velez, 34 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset−Backed Certificates, Series 2006−FF18. Objection deadline is 01/4/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/5/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court
