UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, et al.

In Re:

Antonio Velez,

Debtor.

Case No.:  22-12454-MBK

Chapter:  13

Hearing Date:  02/08/2023

Judge:  Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 44)

_____

Date: 02/06/2023                                  /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*