| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-12454 / MBK**

Antonio Velez

Petition Filed Date: 03/28/2022
341 Hearing Date: 04/28/2022
Confirmation Date: 06/08/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2022 | $500.00 | 84303920 | 05/03/2022 | $500.00 | 84425100 | 06/06/2022 | $500.00 | 85062500 |
| 07/05/2022 | $500.00 | 85629110 | 08/02/2022 | $500.00 | 86215130 | 08/29/2022 | $500.00 | 86746310 |
| 09/29/2022 | $500.00 | 87322900 | 10/31/2022 | $500.00 | 87979460 | 11/30/2022 | $500.00 | 88496190 |
| 01/04/2023 | $500.00 | 89142960 | 02/06/2023 | $500.00 | 89824550 | 03/01/2023 | $500.00 | 90265420 |

**Total Receipts for the Period:  $6,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Antonio Velez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,150.00 | $4,134.00 | $16.00 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 2018 ACURA TLX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | US BANK NATIONAL ASSOCIATION<br>»» P/22 CANNONBALL DR/1ST MTG/ORDER 6/9/2 | Mortgage Arrears | $124,190.22 | $0.00 | $124,190.22 |
| 3 | US BANK NATIONAL ASSOCIATION<br>»» 22 CANNONBALL DRIVE/PP ARREARS 9/2/22 | Mortgage Arrears | $8,763.80 | $0.00 | $8,763.80 |
| 4 | US BANK NATIONAL ASSOCIATION<br>»» 22 CANNONBALL DRIVE/ATTY FEES 9/2/22 | Mortgage Arrears | $538.00 | $0.00 | $538.00 |
| 5 | US BANK NATIONAL ASSOCIATION<br>»» 22 Cannonball Dr. / REG MTG. PMTS / ORDER 2/28/2023 | Ongoing Mortgage | $0.00 | $0.00 | $0.00 |
| 6 | US BANK NATIONAL ASSOCIATION<br>»» 22 Cannonball Dr. / POST PETITION ARREARS ORDER 2/28/2023 | Mortgage Arrears | $11,716.56 | $0.00 | $11,716.56 |
| 7 | US BANK NATIONAL ASSOCIATION<br>»» 22 Cannonball Dr. / ATTY FEES / ORDER 2/28/2023 | Mortgage Arrears | $350.00 | $0.00 | $350.00 |
| 8 | US BANK NATIONAL ASSOCIATION<br>»» 22 Cannonball Dr. / GAP PAYMENTS / ORDER 2/28/2023 | Mortgage Arrears | $3,905.52 | $462.11 | $3,443.41 |

**Chapter 13 Case No. 22-12454 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,000.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $4,596.11 | Current Monthly Payment: | $2,670.00 |
| Paid to Trustee: | $474.00 | Arrearages: | $2,170.00 |
| Funds on Hand: | $929.89 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

