Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  22−12454−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Velez
   aka Anthony Velez, Jr., aka Tony Velez,
   aka Tony Velez, Jr.
   22 Cannonball Dr
   Barnegat, NJ 08005−1866

Social Security No.:
   xxx−xx−0828

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/13/23 at 09:00 AM

to consider and act upon the following:

*69* − Creditor's Certification of Default (related document:60 Motion for Relief from Stay re: 2018 Acura TLX. Fee Amount $ 188. filed by Creditor Santander Consumer USA Inc.) filed by William E. Craig on behalf of Santander Consumer USA Inc.. Objection deadline is 11/16/2023. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Craig, William)

Dated: 11/17/23

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court