Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-12454 / MBK**

Antonio Velez

Petition Filed Date: 03/28/2022
341 Hearing Date: 04/28/2022
Confirmation Date: 06/08/2022

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $500.00 | 89142960 | 02/06/2023 | $500.00 | 89824550 | 03/01/2023 | $500.00 | 90265420 |
| 04/03/2023 | $1,500.00 | 90898010 | 04/10/2023 | $1,170.00 | 91007150 | 05/05/2023 | $2,670.00 | 91518340 |
| 06/02/2023 | $2,670.00 | 92000740 | 07/03/2023 | $2,670.00 | 92496010 | 08/01/2023 | $2,000.00 | 93034360 |
| 08/14/2023 | $670.00 | 93245030 | 08/30/2023 | $2,670.00 | 93523140 | 10/06/2023 | $2,670.00 | 94198290 |
| 11/03/2023 | $2,670.00 | 94655130 | 12/01/2023 | $2,670.00 | 95084570 | 12/29/2023 | $2,670.00 | 95552760 |

**Total Receipts for the Period: $28,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,700.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Antonio Velez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,150.00 | $4,150.00 | $0.00 |
| 1 | SANTANDER CONSUMER USA INC<br>»» 2018 ACURA TLX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | US BANK NATIONAL ASSOCIATION<br>»» P/22 CANNONBALL DR/1ST MTG/ORDER 6/9/2 | Mortgage Arrears | $124,190.22 | $707.50 | $123,482.72 |
| 3 | US BANK NATIONAL ASSOCIATION<br>»» 22 CANNONBALL DRIVE/PP ARREARS 9/2/22 | Mortgage Arrears | $8,763.80 | $49.93 | $8,713.87 |
| 4 | US BANK NATIONAL ASSOCIATION<br>»» 22 CANNONBALL DRIVE/ATTY FEES 9/2/22 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 5 | US BANK NATIONAL ASSOCIATION<br>»» 22 Cannonball Dr. / REG MTG. PMTS / ORDER 2/28/2023 | Ongoing Mortgage | $0.00 | $17,513.88 | $0.00 |
| 6 | US BANK NATIONAL ASSOCIATION<br>»» 22 Cannonball Dr. / POST PETITION ARREARS ORDER 2/28/2023 | Mortgage Arrears | $11,716.56 | $66.75 | $11,649.81 |
| 7 | US BANK NATIONAL ASSOCIATION<br>»» 22 Cannonball Dr. / ATTY FEES / ORDER 2/28/2023 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 8 | US BANK NATIONAL ASSOCIATION<br>»» 22 Cannonball Dr. / GAP PAYMENTS / ORDER 2/28/2023 | Mortgage Arrears | $3,905.52 | $3,905.52 | $0.00 |
| 9 | SANTANDER CONSUMER USA INC<br>»» 2018 ACURA TYLX/PP ARREARS 7/11/23 | Debt Secured by Vehicle | $3,186.20 | $18.15 | $3,168.05 |

**Chapter 13 Case No. 22-12454 / MBK**

| 10 | SANTANDER CONSUMER USA INC<br>»» 2018 ACURA TLX/ATTY FEES 7/11/23 | Debt Secured by Vehicle | $438.00 | $438.00 | $0.00 |
|----|----|----|----|----|----|

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,700.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $27,737.73 | Current Monthly Payment: | $2,670.00 |
| Paid to Trustee: | $2,513.88 | Arrearages: | $2,170.00 |
| Funds on Hand: | $2,448.39 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**

