Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−12454−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Velez
   aka Anthony Velez, Jr., aka Tony Velez,
   aka Tony Velez, Jr.
   22 Cannonball Dr
   Barnegat, NJ 08005−1866

Social Security No.:
   xxx−xx−0828

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/15/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 16, 2024
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Antonio Velez  
    Debtor

Case No. 22-12454-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Feb 16, 2024      Form ID: 148      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Antonio Velez, 22 Cannonball Dr, Barnegat, NJ 08005-1866 |
| cr | | SLS, 8472 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 |
| 519541391 | | Coyle Connolley, DO, PO Box 140065, Nashville, TN 37214-0065 |
| 519541398 | + | Selportsvc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 519541399 | | US Bank Cust/TLCF 2012A, LLC, 50th South 16th Street, Suite 1950, Philadelphia, PA 19102-2513 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 16 2024 20:52:00 | SLS, 8742 Lucent Blvd, Ste. 300, Highlands Ranch, CO 80129-2386 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 16 2024 20:53:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| lm | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 16 2024 20:52:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 519548623 | + | EDI: AISACG.COM | Feb 17 2024 01:41:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519541390 | | Email/Text: bankruptcy@usecapital.com | Feb 16 2024 20:53:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 519541393 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 20:53:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519541394 | | Email/Text: signed.order@pfwattorneys.com | Feb 16 2024 20:52:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519541396 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 16 2024 20:53:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 519541395 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 16 2024 20:53:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 519550594 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 16 2024 20:53:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519541397 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 16 2024 20:53:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |

| 519581620 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Feb 16 2024 20:53:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
|---|---|---|

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | KML Law Group, PC, 216 Haddon Avenue, Ste 406, Westmont, NJ 08108-2812 |
| 519541392 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Antonio Velez bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF18 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 6